UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARIN LEE,**

   **Plaintiff,**

v.               Case No:  6:14-cv-546-Orl-41KRS

**CREDIT ONE BANK and GC SERVICES, L.P.,**

   **Defendants.**
_____/

## ORDER

  THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 39), filed March 30, 2015. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

  **DONE** and **ORDERED** in Orlando, Florida on March 31, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record